AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
CHRISTOPHER L. WRIGHT

## WARRANT FOR ARREST

CASE NUMBER: '05 mj 0125

*ORDERED SEALED BY COURT*

F/WH
9785321

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  CHRISTOPHER L. WRIGHT

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

FILED
NOV 13 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

[ ] Indictment [ ] Information [X] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

charging him or her with (brief description of offense)

Distribution of Methamphetamine

DATE: 2/17/05
ARRESTED BY: USMS
_____
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

RECEIVED
JAN 26 2 34 PM '05
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

In violation of Title 21 United States Code, 841 (a)(1)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

Signature of Deputy

Date and Location

Bail fixed at $ TBD

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |